NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SUNOCO PARTNERS MARKETING & TERMINALS L.P.,**

*Plaintiff-Cross-Appellant*

v.

**U.S. VENTURE, INC., U.S. OIL CO., INC.,**

*Defendants-Appellants*

---

2023-1739

---

Appeal from the United States District Court for the Northern District of Illinois in No. 1:15-cv-08178, Judge Rebecca R. Pallmeyer.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

December 5, 2023
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** December 5, 2023